1
2
3
4
5

6                        **UNITED STATES DISTRICT COURT**

7                            EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| DESIREE HODGENS, | ) | Case No.: 1:12-cv-00471-SKO |
| | ) | |
| | ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) | **PROCEED IN FORMA PAUPERIS** |
| | ) | |
| v. | ) | |
| | ) | (Doc. 3) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

16

17          Plaintiff Desiree Hodgens filed a complaint on March 28, 2012, along with an application

18   to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3.)  Plaintiff's application

19   demonstrates entitlement to proceed without prepayment of fees.

20          Accordingly, IT IS HEREBY ORDERED THAT:

21          1.       Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22          2.       The Clerk of Court is DIRECTED to issue a summons; and

23          3.       The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24                   and this order upon the defendant as directed by the plaintiff.

25   IT IS SO ORDERED.

26   **Dated:    March 29, 2012**                    _____/s/ **Sheila K. Oberto**_____
                                             UNITED STATES MAGISTRATE JUDGE
27

28