1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16

| | |
|---|---|
| DESIREE HODGENS, | ) Case No.: 1:12-cv-00471-SKO |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Doc. 3) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

17      Plaintiff Desiree Hodgens filed a complaint on March 28, 2012, along with an application

18  to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3.)  Plaintiff's application

19  demonstrates entitlement to proceed without prepayment of fees.

20      Accordingly, IT IS HEREBY ORDERED THAT:

21      1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22      2.      The Clerk of Court is DIRECTED to issue a summons; and

23      3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24              and this order upon the defendant as directed by the plaintiff.

25  IT IS SO ORDERED.

26  **Dated:    March 29, 2012**              _____/s/ **Sheila K. Oberto**_____
                                              UNITED STATES MAGISTRATE JUDGE
27
28